# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-7074**                                               **September Term, 2021**

**1:18-cv-00732-CRC**

**Filed On: October 25, 2021** [1919519]

Derwin Patten, et al.,

    Appellants

  v.

District of Columbia,

    Appellee

## M A N D A T E

In accordance with the judgment of August 13, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                  BY:    /s/
                                                     Daniel J. Reidy
                                                     Deputy Clerk

Link to the judgment filed August 13, 2021