# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-7074**                           **September Term, 2020**

FILED ON: AUGUST 13, 2021

DERWIN PATTEN, ET AL.,
    APPELLANTS

v.

DISTRICT OF COLUMBIA,
    APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-cv-00732)

Before: ROGERS, KATSAS and RAO, *Circuit Judges*

**JUDGMENT**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's dismissal of the complaint for failure to exhaust be affirmed and appellants' challenge to the District Court's denial of the Rule 60(b)(3) motion be dismissed for lack of appellate jurisdiction, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                        BY:     /s/

                                             Michael C. McGrail
                                             Deputy Clerk

Date: August 13, 2021

Opinion for the court filed by Circuit Judge Katsas.